

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00722-CR

Samuel S. **BIGGS**,
Appellant

v.

The **STATE** of Texas

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR1339W
Honorable Philip A. Kazen, Jr., Judge Presiding

Opinion by:    Luz Elena D. Chapa, Justice

Sitting:       Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed:  May 6, 2015

MOTION TO WITHDRAW GRANTED; AFFIRMED

Samuel S. Biggs appeals the judgment convicting him of assault of a family member by choking or strangulation and sentencing him to ten years' confinement. Biggs pled guilty to a charge of assault of a family member in exchange for the State's recommendation that adjudication be deferred. Pursuant to the plea agreement, the trial court deferred adjudication and placed Biggs on community supervision for a period of four years. The State later filed a motion to adjudicate guilt, alleging Biggs violated various conditions of his community supervision. Biggs pled true to one of the allegations. The trial court adjudicated Biggs guilty and sentenced him to ten years in prison.

Biggs's court-appointed appellate attorney filed a motion to withdraw and a brief in which he raises three minimally arguable points of error, but nonetheless concludes this appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978), and *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Counsel sent copies of the brief and motion to withdraw to Biggs and informed Biggs of his rights in compliance with the requirements of *Kelly v. State*, 436 S.W.3d 313 (2014). Appellant was advised of his right to review the appellate record and file a pro se brief. In addition, counsel advised appellant to immediately file a motion in this court if he wished to review the appellate record and enclosed a form motion for that purpose. Appellant did not request access to the record.

After reviewing the record and counsel's brief, we find no reversible error and agree with counsel the appeal is wholly frivolous. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). We therefore grant the motion to withdraw filed by Biggs's counsel and affirm the trial court's judgment. *See id.*; *Nichols v. State*, 954 S.W.2d 83, 86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).[1]

Luz Elena D. Chapa, Justice

Do Not Publish

---

[1] No substitute counsel will be appointed. Should Biggs wish to seek further review of this case by the Texas Court of Criminal Appeals, Biggs must either retain an attorney to file a petition for discretionary review or file a pro se petition for discretionary review. Any petition for discretionary review must be filed within thirty days after either this opinion is rendered or the last timely motion for rehearing or motion for *en banc* reconsideration is overruled by this court. *See* Tex. R. App. P. 68.2. Any petition for discretionary review must be filed with the clerk of the Court of Criminal Appeals. *See id.* R. 68.3. Any petition for discretionary review must comply with the requirements of rule 68.4 of the Texas Rules of Appellate Procedure. *See id.* R. 68.4.